JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/12/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY CITY SURGERY CENTER, INC., *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES, *et al.*,<br>　　　　Defendants. | Case No. 15-cv-6209 MWF (AFM)<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |
| ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES, *et al.*,<br>　　　　Counterclaimants,<br>　　v.<br>BAY CITY SURGERY CENTER, INC., *et al.*,<br>　　　　Counter-Defendants. | |

The Court, having received and reviewed the Parties' Joint Stipulation of Voluntary Dismissal of Action With Prejudice, the Parties having reported to the Court that the Parties have executed and consummated a comprehensive settlement agreement and general releases of the claims among them, and good cause appearing,

**IT IS HEREBY ORDERED THAT** this action is dismissed in its entirety with prejudice as to all Parties and as to all claims, counterclaims,

crossclaims, and third-party claims that were or could have been asserted herein (and as otherwise specified in the Parties' executed settlement agreement), with each Party bearing that Party's own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: September 12, 2018

_____
Hon. Michael W. Fitzgerald
United States District Judge

1
ORDER GRANTING PARTIES' JOINT STIPULATION OF VOLUNTARY DISMISSAL
OF ACTION WITH PREJUDICE / CASE NO. 15-cv-6209 MWF (AFM)

49266570v.1